# Court of Appeals, State of Michigan

## ORDER

Connor Berdy v Sonya Buffa

Docket No. 349171

LC No. 2019-001802-AW

Jonathan Tukel
Presiding Judge

Mark J. Cavanagh

Elizabeth L. Gleicher
Judges

---

The Court orders that the June 6, 2019 majority and dissenting opinions issued in this matter are hereby AMENDED to correct a clerical error:  In the caption of the opinions, the name of defendant-appellant is corrected to read "SONYA BUFFA."

In all other respects, the June 6, 2019 majority and dissenting opinions remain unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN - 7 2019
Date

Chief Clerk